IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LA'SHAUN D. GORDON, on behalf of
herself and all others similarly situated                                          PLAINTIFF

VS.                                        CASE NO. 04-CV-1119

AMERICA'S CAR-MART, INC.                                                           DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Stay. (Doc. No. 20). Plaintiff seeks to stay the above styled and numbered case pending the outcome of two similar class action lawsuits filed in the Eastern District of Arkansas, *Shelton v. America's Car-Mart, Inc.,* U.S. Dist. Ct., E.D.Ark., Case No. 05-646 and *Brown v. America's Car-Mart, Inc.,* U.S. Dist. Ct., E.D.Ark., Case No. 05-763. Defendant has responded. (Doc. No. 22). Defendant objects to the stay as this action was the first-filed and has priority over the two Eastern District cases. Defendant also states that it has moved the Eastern District to transfer the cases pending there to this Court for consolidated treatment of the class allegations contained in all three cases. These motions have been granted and the cases are being transferred to this Court. *See* Doc No. 15 in *Shelton v. America's Car-Mart, Inc.,* U.S. Dist. Ct., E.D.Ark., Case No. 05-646 and Doc. No. 21 in *Brown v. America's Car-Mart, Inc.,* U.S. Dist. Ct., E.D.Ark., Case No. 05-763. Upon consideration, the Court finds that the Plaintiff's Motion to Stay should be and hereby is **denied.**

IT IS SO ORDERED, this 12th day of September, 2005.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge