IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LA'SHAUN D.GORDON on behalf of
herself and all others similarly situated                                PLAINTIFF

VS.                                    CASE NO. 04-CV-1119

AMERICA'S CAR-MART, INC.                                                 DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Dismiss or, in the Alternative, To Strike. (Doc. No. 6). Plaintiff has responded. (Doc. No. 9). Defendant has filed a reply to Defendant's response. (Doc. No. 11). The matter is ripe for consideration.

Plaintiff filed this action against the Defendant on November 30, 2004, to redress employment discrimination on the bases of race in violation of 42 U.S.C. §1981. On January 3, 2005, and January 7, 2005, Plaintiff amended her complaint. Defendant filed the pending Motion to Dismiss, or in the Alternative, to Strike based upon Plaintiff's Third Amended Complaint.

Since that time, Plaintiff has asked the Court's leave to amend her complaint on two other occasions. The Court granted the Plaintiff's latest motion to amend and she was given five days in which to file her Amended Complaint-Class Action. (Doc. No. 29). The Court is also aware that two similar cases from the Eastern District of Arkansas have been transferred to this Court, *Shelton v. America's Car-Mart, Inc.,* U.S. Dist. Ct., E.D.Ark., Case No. 05-646 and *Brown v. America's Car-Mart, Inc.,* U.S. Dist. Ct., E.D.Ark., Case No. 05-763, and that the

Defendant will seek consolidated treatment by this Court of the class allegations contained in all three cases.

In light of these facts, the Court believes that a decision in this case on the pending Motion to Dismiss, or in the Alternative, to Strike is premature.  Before such a decision can be made, the Court believes that the Plaintiff's Amended Complaint-Class Action should be filed, the transfer of the Eastern District cases should be completed, and the Defendant's Motion to Consolidate should be filed and ruled on by the Court.  Therefore, in order to avoid piecemeal decisions in these cases, the Defendant's pending Motion to Dismiss, or in the Alternative, to Strike should be and hereby is **denied** at this time.  Once the above mentioned events have taken place, the Defendant may submit a new motion to dismiss in this case.

IT IS SO ORDERED, this 12th day of September, 2005.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge