IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LA'SHAUN GORDON on behalf of
herself and all others similarly situated                                         PLAINTIFF

VS.                                    CASE NO. 04-CV-1119

AMERICA'S CAR-MART, INC.                                                          DEFENDANT

## ORDER

On August 30, 2006, the Court entered an order to show cause to Plaintiff for failure to participate in the framing of a discovery plan, specifically for not participating with Defendant in filing a timely joint Rule 26(f) report. (Doc. No. 48). The order gave the Plaintiff until September 13, 2006 to file the joint Rule 26(f) report or show cause to the Court why he had failed to participate in the framing of a discovery plan. Plaintiff has failed to file the report, contact the Court or show cause why this action should not be dismissed. Therefore, Plaintiff's lawsuit against the Defendant is hereby **dismissed** without prejudice. See Fed.R.Civ.P. 41(b). If Plaintiff refiles this matter in any court he will be ordered to pay any costs and expenses including reasonable attorneys' fees which are duplicated as a result of refiling.

IT IS SO ORDERED, this 15th day of September, 2006.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge